**Rickey Ivie (#76864)**
**Jennifer R. Jacobs (#157609)**
**IVIE, McNEILL & WYATT**
**444 S. Flower Street, Suite 1800**
**Los Angeles, CA 90071**
**(213) 489-0028 / (213) 489-0552 FAX**
Email: jjacobs@imwlaw.com

Attorneys for Defendants,
**COUNTY OF LOS ANGELES; LEANDRO CHAVERRA; JAVIER TISCARENO; FRANKLIN NOVELO; MARK TADROUS; JOSEPH ORTEGO, M.D.; AUSTIN J. ANTHONY, M.D.; RYAN C. HORST, M.D.; TUERE MERRIOUNS, M.D.; ARASTOU AMINZADEH, M.D.; MICHAEL W. FONG, M.D. AND BENJAMIN WYLER, M.D.**

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| GABINO ROSALES, individually and as successor in interest to Jorge Rosales; MARIA OLIVIA, individually and as successor in interest to Jorge Rosales,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, a municipality, et al.,<br><br>Defendants. | CASE NO. CV13-7262 SVW (AGRx)<br>Consolidated With:<br>CASE NO. CV12-3852 SVW (AGRx)<br><br>**JUDGMENT**<br><br>Matter for determination by Hon. Stephen V. Wilson<br><br>JS - 6 |

On February 4, 2014, the Court having granted summary judgment in favor of **JOSEPH ORTEGO, M.D., AUSTIN J. ANTHONY, M.D., RYAN C. HORST, M.D., TUERE MERRIOUNS, M.D., ARASTOU AMINZADEH, M.D., MICHAEL W. FONG, M.D,** and **BENJAMIN WYLER, M.D.**; and on April 22, 2014, the Court having granted summary judgment in favor of **LEANDRO CHAVERRA** (erroneously sued as Leandro Chevarra), **JAVIER TISCARENO, FRANKLIN NOVELO** (erroneously sued as Franklin Novello), and **MARK TADROUS**:

1

IT IS ADJUDGED AND ORDERED that judgment is hereby entered in favor of Defendants **COUNTY OF LOS ANGELES, LEANDRO CHAVERRA** (erroneously sued as Leandro Chevarra), **JAVIER TISCARENO, FRANKLIN NOVELO** (erroneously sued as Franklin Novello), **MARK TADROUS**, **JOSEPH ORTEGO, M.D.**, **AUSTIN J. ANTHONY, M.D.**, **RYAN C. HORST, M.D.**, **TUERE MERRIOUNS, M.D.**, **ARASTOU AMINZADEH, M.D.**, **MICHAEL W. FONG, M.D.** and **BENJAMIN WYLER, M.D.** and against Plaintiffs **GABINO ROSALES**, individually and as successor in interest to Jorge Rosales, and **MARIA OLIVIA ROSALES**, individually and as successor in interest to Jorge Rosales.

DATED: May 14, 2014

_____
Hon. Stephen V. Wilson,
United States District Judge